UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY B. WHITMORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PIERCE COUNTY DEPARTMENT OF COMMUNITY CORRECTIONS *et al.*,<br><br>　　　　　Defendants. | Case No.  C05-5265RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff may not seek release from jail in a civil rights action. The motion for injunctive relief is **DENIED.**.

(3) Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Kelley Arnold.

DATED this 28th day of June, 2005.

　　　　　　　　　　　　　　　　　*Ronald B. Leighton*
　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
Page - 1