UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY B. WHITMORE,

    Plaintiff,

v.

PIERCE COUNTY DEPARTMENT OF COMMUNITY CORRECTIONS *et al.*,

    Defendants.

Case No.  C05-5265RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) Plaintiff's "FRCP [sic] 59 Motion for an Amendment to the Judgment Rendered in Dkt. 223 Regarding the Habeas Corpus Portion of the Complaint" [Dkt. #238] and the amendments thereto [Dkt.#s 243, 244, 245] is considered as a motion for reconsideration of this Court's prior Order adopting the Report and Recommendation dismissing plaintiff's habeas corpus claims and, as such, is **DENIED**.

(2) The Court adopts the Report and Recommendation;

(3) Defendant Pierce County's motion for summary judgment as to all remaining claims is **GRANTED.**

(4) Plaintiff's cross motion for summary judgment is **DENIED.**

(5) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 20th day of August, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1